664

Wellington Martin, appellee, v. The National Life & Accident Insurance Company, appellant. Gen. No. 32,454.

Opinion filed May 8, 1928.
Roderick H. O'Connor, for appellant. Temple, Brown & Harewood, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Joseph Urban and Joseph Baumruk, trading as Urban & Baumruk, appellees, v. Julius Jedrysik and Regina Jedrysik, appellants. Gen. No. 32,466.

Opinion filed May 8, 1928. Rehearing denied May 21, 1928.
Danaher & Garriott, for appellants; James J. Danaher and John C. Garriott, Jr., of counsel. Jerome J. Cermak, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Western Securities Investment Company, appellee, v. The Griffin Mining Company et al., appellants. Gen. No. 32,164.

Opinion filed May 8, 1928.
John F. Devine, Jr., Joseph J. Sullivan and Lee Walker, for appellants. Harry Eugene Kelly and Will A. Kelly, for appellee; William L. Hartman, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Ida Meyers Henninger, appellant, v. Union Bank of Chicago, trustee, appellee. Gen. No. 32,218.

Opinion filed May 8, 1928.
Harry Z. Perel and Bernard Perel, for appellant. Joseph Granick and Edward N. Sherburne, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Emil Benke, appellee, v. J. F. Schwab, Jr., appellant. Gen. No. 32,227.